# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| | ) CRIMINAL No. 17 CR 30189-DRH |
| vs. | ) ) |
| TATUM ELYSE ESPENSHADE, | ) ) |
| Defendant. | ) |

## PROTECTIVE ORDER

Upon the agreed motion of the parties for a protective order, it is hereby ordered as follows:

1. By agreement of the parties, the United States has agreed to provide early disclosure of Jencks Act materials to the defense. These Jencks Act materials are described as video-recorded interviews of witnesses. In consideration for the United States' agreement to provide early disclosure of these materials, the defense has agreed that the Court shall enter an order providing that the Jencks Act materials may be utilized by defendant and his counsel solely in connection with the defense of this case and for no other purpose and in connection with no other proceeding. Further, the Jencks Act materials and their contents

1

shall not be disclosed either directly or indirectly to any person or entity other than defendant, defendant's counsel, persons employed to assist in the defense, or such other persons as to whom the Court may authorize disclosure. Any notes or records of any kind that defense counsel or any other recipient may make relating to the contents of the Jencks Act materials provided by the government shall not be disclosed to anyone other than the defendant, defense counsel, and persons employed to assist in the defense, or such other person as to whom the Court may authorize disclosure, and all such notes and records shall not be disclosed except as provided by this Order.

2. The Jencks Act materials provided by the United States shall not be copied or reproduced by defense counsel or any other recipient, except as necessary for use by defense counsel and his staff in preparing the defense in this case. Such copies and reproductions shall be treated in the same manner as the original materials. Neither the originals nor copies of the Jencks Act materials will be provided to the defendant or any persons not employed by defense counsel. The defendant is permitted to review the Jencks Act materials only at the offices of defense counsel, or in a location that is supervised and controlled by defense counsel. No other persons, other than defense counsel and his staff, are permitted to view the Jencks Act materials.

3. To the extent that defense counsel determines that the Jencks Act materials contain information that is favorable to the defense, defense counsel may provide excerpts containing this favorable information to the defendant and the

defendant may review those excerpts at locations other than defense counsel's offices.

**IT IS SO ORDERED.**

Judge Herndon
2018.01.05
11:44:18 -06'00'

**United States District Judge**